UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH VOLFMAN,                                          :        **23 Civ. 10930 (GS)**
                                                          :
                Plaintiff,                    :        **ORDER**
                                                          :
      - against -                                  :
                                                          :
142 MERCER STREET, LLC, d/b/a                             :
LURE FISHBAR and 575 BROADWAY LLC,:
                                                          :
                                                          :
                Defendants.                   :
------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        On April 17, 2024, the parties filed a joint notice of settlement. (Dkt. No. 20). Therein, the parties requested a 30-day stay of all applicable deadlines to finalize settlement. (*See id.*). The Court subsequently granted that request. (Dkt. No. 21). Further, on May 17, 2024 and May 22, 2024, the docket reflects that the parties twice attempted to voluntarily dismiss this case, but the Clerk of Court found both of these attempts to be deficient. (*See* Docket Entries dated May 17, 2024 – May 23, 2024). However, the parties never made an additional attempt to dismiss this case.

        In light of the foregoing procedural history, the parties are directed to correctly file a stipulation of dismissal by July 12, 2024.

        **SO ORDERED.**

DATED:    New York, New York
                July 3, 2024

                                                                               _____
                                                                               GARY STEIN
                                                                               United States Magistrate Judge